**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7374**

KENNETH DARNIEL SWEETING,

             Plaintiff - Appellant,

        v.

HEAD DOCTOR MILLER, Wallens Ridge State Prison; MR.
HOLLOWAY, Warden, Wallens Ridge State Prison; HAROLD CLARKE,
DOC Regional Director; FRED SCHILLING, Director of Health
Services,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Norman K. Moon, Senior
District Judge.  (7:14-cv-00187-NKM-RSB)

Submitted: April 29, 2016            Decided: June 15, 2016

Before KING, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Darniel Sweeting, Appellant Pro Se.   Jeff W. Rosen,
PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellee
Doctor Miller.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Darniel Sweeting appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sweeting v. Miller, No. 7:14-cv-00187-NKM-RSB (W.D. Va. Aug. 12, 2015). We deny Sweeting's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED